**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

<u>**CIVIL MINUTES -- GENERAL**</u>

| | | |
|---|---|---|
| Case No. | **CV 24-5735-JFW(AGRx)** | Date: **September 18, 2024** |
| Title: | Marquise Bailey -v- Atlantic Investment Group LLC, et al. | |

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**     **ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION**

On September 6, 2024, Magistrate Judge Brianna Fuller Mircheff issued an Order to Show Cause why this action should not be dismissed for lack of prosecution. Plaintiff's response was due on or before September 12, 2024. On September 17, 2024, this action was transferred to the calendar of District Judge John F. Walter. As of September 18, 2024, no response has been filed.

Plaintiff is ordered to show cause, in writing, no later than **September 19, 2024**, why this action should not be dismissed for lack of prosecution. **Failure to respond to the Order to Show Cause will result in the dismissal of this action.**

The Court will consider the filing of the following on or before the above date as an appropriate response to this Order to Show Cause:

|   | |
|---|---|
| ____ | Proof of service of summons and complaint |
| **X** | Answer by the defendant or an application for entry of default pursuant to Federal Rule of Civil Procedure 55(a) |
| ____ | Motion for entry of default judgment set for hearing in accordance with the Local Rules and the Court's Standing Order |

No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause.

IT IS SO ORDERED.

Initials of Deputy Clerk __sr__